IN THE CIRCUIT COURT OF THE 7TH
JUDICIAL CIRCUIT IN AND FOR BREVARD
COUNTY, FLORIDA

CASE NO.:

STOYAN STOYANOV,

    Plaintiff,

vs.

CECIL R. COUCH and
SOUTHEASTERN FREIGHT
LINES, INC. a foreign corporation,

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, STOYAN STOYANOV, by and through his undersigned counsel and sues the Defendants, CECIL R. COUCH, and SOUTHEASTERN FREIGHT LINES INC., a foreign corporation, and alleges:

1. This is an action for damages in excess of the sum of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs, and attorneys' fees.

2. That at all times material hereto, the Plaintiff, STOYAN STOYANOV, was and is a resident of Volusia County, Florida and is *sui juris*.

3. That at all times material hereto, the Defendant, CECIL R. COUCH, was a resident of Fayette County, Georgia, and is *sui juris*.

4. That at all times material hereto, the Defendant, SOUTHEASTERN FREIGHT LINES INC., was and is a foreign corporation licensed to transact business in the state of Florida and was conducting business in Brevard County, Florida.

5. That the Plaintiff, STOYAN STOYANOV, has satisfied and met the pre-requisites of the Florida "No Fault" act of 1982 and all amendments thereto.

1

6. That venue is proper in Brevard County, because the crash occurred in Brevard County, Florida and the Defendant transacts business in Brevard County, Florida.

7. That at all times material hereto, the Defendant, SOUTHEASTERN FREIGHT LINES INC., did employ the Defendant, CECIL R. COUCH, and at the time of the incident complained of, the Defendant, CECIL R. COUCH, was acting within the course and scope of his employment with the Defendant, SOUTHEASTERN FREIGHT LINES INC.

8. That at all times material hereto, the Defendant, SOUTHEASTERN FREIGHT LINES INC., did own, control, and maintain a 2007 International Tractor Trailer, Vehicle License Number 23952HY, and Vehicle Identification Number 2HSCESBR87C28064.

## COUNT I
## NEGLIGENCE AGAINST DEFENDANT, CECIL R. COUCH

9. The Plaintiff, STOYAN STOYANOV, realleges and reavers each and every allegation contained in paragraphs 1 - 8 above and further alleges:

10. That on or about June 6, 2009, the Defendant, CECIL R. COUCH, operated the subject 2007 International Tractor Trailer, Vehicle License Number 23952HY, and Vehicle Identification Number 2HSCESBR87C28064.

11. That on or about June 26, 2009 the Defendant, CECIL R. COUCH, while in the course and scope of his employment with the Defendant, SOUTHEASTERN FREIGHT LINES INC., operated the above noted vehicle.

12. That on or about June 26, 2009 at approximately 5:45 am, the Defendant, CECIL R. COUCH, operated the above described tractor trailer at or near the intersection of Interstate 95 and SR 519, Rockledge, Brevard County, Florida.

13. That the Defendant, CECIL R. COUCH, operated the subject tractor trailer with the permission and consent of its owner, SOUTHEASTERN FREIGHT LINES INC.

14. That the Defendant, CECIL R. COUCH, had a duty to operate and/or maintain said motor

vehicle in a reasonable and safe manner.

15. That at the aforementioned time and place, the Defendant, CECIL R. COUCH negligently and carelessly operated the above described tractor trailer so that it collided with the vehicle the Plaintiff was operating.

16. As a direct, foreseeable and proximate result of the negligence of the Defendant, CECIL R. COUCH, as aforesaid, the Plaintiff, STOYAN STOYANOV was injured in and about his body and extremities and has suffered the following items of damages:

    a) Past, present, and future disability, discomfort, disfigurement, inability to lead a normal life, shame, humiliation and scarring;

    b) Past, present, and future mental pain and suffering;

    c) Past, present, and future medical and related expenses;

    d) Past, present, and future loss of earnings and earning capacity;

    e) Past, present, and future aggravation of a pre-existing condition.

17. That the injuries sustained by the Plaintiff, STOYAN STOYANOV as permanent and continuing in nature and the Plaintiff will suffer such losses and impairments in the future.

WHEREFORE, the Plaintiff, STOYAN STOYANOV demands judgment against the Defendants, CECIL R. COUCH, and SOUTHEASTERN FREIGHT LINES INC., for a sum in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), plus interest and costs.

Plaintiff demands trial by jury of all issues so triable as a matter of right.

### COUNT II
### NEGLIGENCE AGAINST DEFENDANT, SOUTHEASTERN FREIGHT LINES INC.

18. The Plaintiff, STOYAN STOYANOV, realleges and reavers each and every allegation contained in paragraphs 1 - 8 above and further alleges:

19. That on or about June 26, 2009, the Defendant, CECIL R. COUCH, operated the subject 2007 International Tractor Trailer, Vehicle License Number 23952HY, Vehicle Identification Number

2HSCESBR87C238064.

20. That on or about June 26, 2009, the Defendant, CECIL R. COUCH, while in the course and scope of his employment with the Defendant, SOUTHEASTERN FREIGHT LINES INC., operated the above noted vehicle.

21. That on or about June 26, 2009 at approximately 5:45 a.m., the Defendant, CECIL R. COUCH, operated the above described tractor trailer at or near the intersection of Interstate 95 and SR 519, Rockledge, Brevard County, Florida.

22. That the Defendant, CECIL R. COUCH, operated the subject tractor trailer with the permission and consent of its owner, SOUTHEASTERN FREIGHT LINES INC.

23. That the Defendant, CECIL R. COUCH, had a duty to operate and/or maintain said motor vehicle in a reasonable and safe manner.

24. That at the aforementioned time and place, the Defendant, CECIL R. COUCH negligently and carelessly operated the above described tractor trailer so that it collided with the vehicle the Plaintiff was operating.

25. The Defendant, SOUTHEASTERN FREIGHT LINES INC., is vicariously liable for the negligent acts of its employee, CECIL R. COUCH.

26. As a direct, foreseeable and proximate result of the negligence of the Defendants, CECIL R. COUCH, and SOUTHEASTERN FREIGHT LINES INC., as aforesaid, the Plaintiff, STOYAN STOYANOV was injured in and about his body and extremities and has suffered the following items of damages:

    a) Past, present, and future disability, discomfort, disfigurement, inability to lead a normal life, shame, humiliation and scarring;

    b) Past, present, and future mental pain and suffering;

    c) Past, present, and future medical and related expenses;

   d) Past, present, and future loss of earnings and earning capacity;

   e) Past, present, and future aggravation of a pre-existing condition.

27. That the injuries sustained by the Plaintiff, STOYAN STOYANOV as permanent and continuing in nature and the Plaintiff will suffer such losses and impairments in the future.

WHEREFORE, the Plaintiff, STOYAN STOYANOV demands judgment against the Defendants, SOUTHEASTERN FREIGHT LINES INC., for a sum in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), plus interest and costs.

Plaintiff demands trial by jury of all issues so triable as a matter of right.

_____
Allan L. Ziffra, Esquire
FL Bar No. 0749265
632 Dunlawton Ave.
Port Orange, FL 32127
(386) 788-7700
Attorney for Plaintiff